# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lewis Floyd | ) | Case No. |
| | ) | 25-mj-4628-DHH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 11 to September 25, 2025  in the county of  Bristol  in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A(2); 18 U.S.C. 2265A | Cyberstalking |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Jason Taylor.

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Taylor, Special Agent, FBI
*Printed name and title*

Sworn to before me and ~~signed in my presence~~.
Signed by telephone in accordance with Fed. R. Crim. P. 4.1.

Date:  **Dec 15, 2025**

City and state:   Worcester  ~~Boston~~, MA

*Judge's signature*

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*