**Criminal Case Cover Sheet**            U.S. District Court - District of Massachusetts

**Place of Offense:** Bristol County    **Category No.** II    **Investigating Agency** FBI

**City** Fall River

**County** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 25-4628-DHH
Search Warrant Case Number: _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

**Defendant Name** Lewis Floyd    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** Portland, Oregon

**Birth date (Yr only):** 1985    **SSN (last 4#):** 2649    **Sex:** M    **Race:** Black    **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Eric L. Hawkins    **Bar Number if applicable:** 693289

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Worcester HOC

**Arrest Date:** Sep. 25, 2025

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Sep. 25, 2025    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☐ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/12/2025    **Signature of AUSA:** *Eric L. Hawkins*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Lewis Floyd

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 2261A | Cyberstalking | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**